IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID SHOFFNER,                                          No. C 11-04595 CRB

      Plaintiff,                                        **ORDER OF DISMISSAL**

  v.

UNITED COLLECTION BUREAU, INC.,

      Defendant.
_____/

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within forty-five (45) days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: December 13, 2011                          _____
                                                  CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE